AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

CLARENCE JOHNSON,

                                                           **JUDGMENT IN A CIVIL CASE**

                v.

STEVEN SINCLAIR

                                             CASE NUMBER: CV-09-5044-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is DISMISSED WITH PREJUDICE for failure to state a claim.

December 11, 2009                                          JAMES R. LARSEN
*Date*                                                              *Clerk*

                                                                  s/ Virginia Reisenauer
                                                                   *(By) Deputy Clerk*
                                                                   Virginia Reisenauer